IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RICHARD N. BELL,               ) | |
|     Plaintiff         ) | |
| )| |
| v.                             ) | Case No. 1:16-cv-01174-TWP-MPB |
| )| |
| CARMEN COMMERCIAL REAL         ) | |
| ESTATE SERVICES                ) | |
|     Defendant.        ) | |

**APPENDIX OF EXHIBITS TO MOTION FOR LEAVE TO FILE
SECOND MOTION FOR SUMMARY JUDGMENT AND AMENDED ANSWER**

Defendant Carmen Commercial Real Estate Services ("Carmen"), submit the below exhibits in support of their Second Motion for Summary Judgment, filed herewith.

| Exhibit | Description |
|---|---|
| 1 | Chronological Case Summary, Cause No. 49012-0811-DR-053868 |
| 2 | Deposition of R. Bell in Case No. 1:16-cv-01193-RLY-DML |
| 3 | 2008 Verified Financial Declaration |
| 4 | 2009 Verified Financial Declaration |
| 5 | Bell's Divorce Decree |
| 6 | Deposition of R. Bell |
| 7 | West Publishing Group Agreement |
| 8 | Deposition of I. Levin in Cause No. 1:16-cv-01193-RLY-DML |
| 9 | Front Page of C&M Website |
| 10 | May 5, 2018 Indianapolis Star Article "Copyright infringement lawsuits make Indy skyline photo worth a lot more than 1,000 words" |
| 11 | Google Image Search results for "Indianapolis Skyline Canal" |
| 12 | Bell v. Bell – IN Ct. of Appeals Opinion. |
| 13 | Retroactive License Email |
| 14 | Compilation of Bell Demand Emails |
| 15 | Florida Dissolution of A1 Luxury Limousine of South Florida, Inc. |
| 16 | Proposed Amended Answer |
| 17 | Proposed Motion for Summary Judgment |

Respectfully submitted,

1

By: ___s/ Paul B. Overhauser
Paul B. Overhauser
April M. Jay
**OVERHAUSER LAW OFFICES LLC**
740 W. Green Meadows Dr., Suite 300
Greenfield, IN  46140-4019
Phone: 317-467-9100
poverhauser@overhauser.com
ajay@overhauser.com
Attorneys for Carmen Commercial Real Estate Services, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing is being filed electronically, and notice hereof will automatically be sent to all counsel of record that participate in electronic filing, by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


By: ___s/ Paul B. Overhauser
Paul B. Overhauser