Exhibit 2

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION
CAUSE NO. 1:16-CV-01193-RLY-DML

RICHARD N. BELL,  )
 )
        Plaintiff, )
 )
-vs- )   **ORIGINAL**
 )
MICHAEL MALONEY, )
 )
        Defendant. )

The deposition upon oral examination of RICHARD BELL, a witness produced and sworn before me, Tonya Esparza, RPR, a Notary Public in and for the County of Marion, State of Indiana, taken on behalf of the Defendant at the offices of Richard N. Bell, 10042 Springstone Road, McCordsville, Hancock County, Indiana, on the 7th day of March, 2017, pursuant to the Federal Rules of Civil Procedure.

CIRCLE CITY REPORTING
135 North Pennsylvania
Suite 1720
Indianapolis, IN  46204
(317) 635-7857

```
 1   R I C H A R D   B E L L, having been first duly sworn
 2            to tell the truth, the whole truth and nothing
 3            but the truth relating to said matter, was
 4            examined and testified as follows:
 5   DIRECT EXAMINATION,
 6            QUESTIONS BY JOHN W. NELSON:
 7   Q        Good morning, sir.
 8   A        Good morning.
 9   Q        For the record, could you please state your name.
10   A        Richard Bell, B-e-l-l.
11   Q        Okay.  And, Mr. Bell, you are the plaintiff in
12            this case; correct?
13   A        Correct.
14   Q        Okay.  Let the record reflect that this is the
15            discovery deposition of Richard Bell, plaintiff,
16            being conducted pursuant to Federal Rule of Civil
17            Procedure 30.
18            And, Mr. Bell, you are an attorney?
19   A        Correct.
20   Q        Correct?
21   A        Uh-huh.
22   Q        Licensed by the state of Indiana?
23   A        Correct.
24   Q        Okay.  And you've been an attorney since 1975; is
25            that correct?
```

```
 1   Q    That is the photo marked as Exhibit A that you
 2        allege Mr. Maloney has infringed upon; is that
 3        correct?
 4   A    That's correct.
 5   Q    Okay.  Now, this same photo, I believe, was the
 6        photo that showed up on the Cohen & Malad
 7        website; right?
 8   A    Yes.
 9   Q    Okay.  And on the website -- let's do this.
10             (Deposition Exhibit(s) C was marked for
11        identification.)
12   Q    Handing you what's been marked as Exhibit C.
13             Is that the same photo?
14   A    It is.
15   Q    Okay.  And on the website it was labeled -- on
16        the Cohen & Malad website, it's labeled
17        "Indianapolis Skyline from Canal"; right?
18   A    Correct.
19   Q    Okay.  And you took this from the canal; right?
20        That was your vantage point?
21   A    Yes.
22   Q    Okay.  I believe in answers to interrogatories
23        you indicated that you took this picture on
24        March 8th of 2000?
25   A    Yeah, and I -- and I'm -- it was around that
```

```
 1         time.
 2   Q     Okay.  Okay.  Noticing the aesthetics of the
 3         picture --
 4   A     Uh-huh.
 5   Q     -- and I can see, you know, no clouds in the sky.
 6   A     Right.
 7   Q     Pretty clear picture of it.
 8   A     Right.
 9   Q     Did you -- I mean, did you consult, like,
10         five-day weather forecast?  Did you kind of try
11         to do any advanced planning before you took this
12         picture?
13   A     I don't believe I did.  I -- I did notice the day
14         that I -- the day that -- or I mean, the day I
15         decided to take this, I noticed the sky was
16         perfect as far as what -- what you -- what a
17         photographer would like to have as far as the
18         sky.  And I waited until around 4:30 that day to
19         take the photograph because I knew that I wanted
20         the sun coming in from the right side of the
21         photo.
22   Q     Right.  So there's a number of considerations
23         that as a photographer you've got to be aware of
24         in order to get the optimum visual; right?
25   A     Right, uh-huh.
```

```
 1              By the way, the War Memorial was not my
 2       photograph at night.
 3   Q   Okay.
 4   A   In fact, it was Mark Hand's, and I specifically
 5       credited him with that.
 6   Q   Okay.
 7   A   And also I -- I do remember contacting Mr. Hand
 8       by email and asking him for permission.  He
 9       acquiesced.  I think the guy is from Oregon,
10       actually.
11   Q   Okay.
12   A   Or was then.
13   Q   Was there -- I believe in discovery provided by
14       Mr. Abramowitz, he indicated that there's no
15       written agreement concerning --
16   A   No, there's no --
17   Q   -- use of this photograph --
18   A   Right.
19   Q   -- one way or the other?
20   A   Right.
21   Q   Okay.
22   A   There was no monetary -- no monetary compensation
23       given to me.  There was no -- nothing.  And I can
24       assure you that none of my partnership agreements
25       ever included anything about photography.
```

```
 1        using it on the website.
 2   Q    Uh-huh.
 3   A    I mean, when you say commercial license, you're
 4        talking about handing over the rights to -- so
 5        that they own the photograph?  No.  Not -- not at
 6        all.
 7   Q    Yeah.
 8   A    I was going to maintain ownership.  They could
 9        use it.
10   Q    Okay.
11   A    They could use it on -- on the website.  But not
12        for purposes of owning the photograph.
13   Q    Had you ever granted a commercial license to the
14        Indianapolis skyline photo anybody else up to
15        that point in time?
16   A    No, not at all.
17   Q    Okay.
18   A    In fact, the first one that ever purchased was
19        Community hospital.
20   Q    Okay.
21   A    And they did that in about -- I don't have any
22        current records on it, but I'm thinking it's in
23        the 2004 to 2005 area --
24   Q    Yeah.
25   A    -- era.
```

1  A    Yeah.  I mean, I started -- well, I worked some
2       other places way back before 1971, but that was
3       when I was still in college and before I went to
4       law school.  So I -- but that's my history since
5       1971 to -- or -- or 1960 -- well, work history
6       from '71 to 2012.
7            Do you have anymore questions on this?
8  Q    No, I don't.
9  A    Okay.
10 Q    That's all the questions I have.
11 A    Okay.
12           MS. KENNEDY:  I don't have any.
13      AND FURTHER THE DEPONENT SAITH NOT.
14
15                                    _____
                                       RICHARD BELL
16
17
18
19
20
21
22
23
24
25

```
 1  STATE OF INDIANA        )
                            ) SS:
 2  COUNTY OF MARION        )

 3       I, Tonya Esparza, RPR, a Notary Public in and
 4  for the County of Marion, State of Indiana at large,
 5  do hereby certify that RICHARD BELL, the deponent
 6  herein, was by me first duly sworn to tell the truth,
 7  the whole truth, and nothing but the truth in the
 8  above-captioned cause.
 9       That the foregoing deposition was taken on
10  behalf of the Defendant at the offices of Richard N.
11  Bell, 10042 Springstone Road, McCordsville, Hancock,
12  County, Indiana, on the 7th day of March, 2017,
13  pursuant to the Applicable Rules.
14       That said deposition was taken down in
15  stenograph notes and afterwards reduced to
16  typewriting under my direction, and that the
17  typewritten transcript is a true record of the
18  testimony given by said deponent; and thereafter
19  presented to said deponent for their signature;
20       That the parties were represented by their
21  aforementioned counsel;
22       I do further certify that I am a disinterested
23  person in this cause of action; that I am not a
24  relative or attorney of either party, or otherwise
25  interested in the event of this action, and am not in
```

```
 1    the employ of the attorneys for either party.
 2         IN WITNESS WHEREOF, I have hereunto set my hand
 3    and affixed my notarial seal this 21st day of
 4    March, 2017.
 5                              _____
 6                              Tonya Esparza
 7
 8    My Commission Expires:
      May 23, 2017
 9
      County of Residence:
10    Marion
```