IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| RICHARD N. BELL, | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 1:16-cv-01174-JRS-MPB |
| | ) | |
| CARMEN COMMERCIAL REAL | ) | |
| ESTATE SERVICES, | ) | |
|     Defendant. | ) | |

**DEFENDANTS' PROPOSED JURY VERDICT FORM**
**AND**
**OBJECTIONS TO PLAINTIFF'S PROPOSED VERDICT FORM**

Defendant Carmen Commercial Real Estate Services, Inc. ("Carmen") hereby submits it's:

(a) Proposed Jury Verdict Form; and

(b) Objections to Plaintiff Bell's proposed jury verdict form.

                                        Respectfully submitted,

                                        By:  s/Paul B. Overhauser
                                        Paul B. Overhauser
                                        **OVERHAUSER LAW OFFICES LLC**
                                        740 W. Green Meadows Dr., Suite 300
                                        Greenfield, IN  46140-4019
                                        Phone: 317-467-9100
                                        poverhauser@overhauser.com
                                        Attorney for Carmen Commercial Real Estate Services, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RICHARD N. BELL,  )  <br>　　　Plaintiff  )  <br>　　　　　　　　　　　)  <br>v.　　　　　　　　　　　)  <br>　　　　　　　　　　　)  <br>CARMEN COMMERCIAL REAL )  <br>ESTATE SERVICES,　　　　)  <br>　　　Defendant.　　　　　) | Case No. 1:16-cv-01174-JRS-MPB |

### Verdict Form

1.　Do you find that by a preponderance of the evidence that Richard Bell authored the Indianapolis Photo taken in March 2000, that he owns a copyright in it, and that he registered it with the Copyright Office?

　　___ Yes　　__No

　　If No, skip to the end and sign and date this form;  If Yes, proceed to question 2;

2.　Do you find by a preponderance of the evidence that Carmen Commercial Real Estate Services, Inc. ("Carmen Commercial") copied a work that Richard Bell owned and that he had registered with the Copyright Office?

　　___ Yes　　__No

　　If No, skip to question 5;  If Yes, proceed to question 3;

3.　Do you find that Carmen Commercial's copying was innocent?

　　___ Yes　　__No

　　If Yes, proceed to question 5, If No, proceed to question 4.

4.　Do you find that Carmen Commercial's copying was willful?

　　___ Yes　　__No

2

5. Did Carmen Commercial have a license for any accused copying Richard Bell alleges?

   ___ Yes   __No

6. Did Richard Bell release Carmen Commercial from liability for copyright infringement?

   ___ Yes   __No

7. Was the use by Carmen Commercial of the Indianapolis Photo a fair use?

   ___ Yes   __No

Foreman – please sign and date:

_____
Foreman                Date

Carmen's objections to Bell's proposed verdict form appear below.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RICHARD N. BELL,<br>  Plaintiff<br><br>v.<br><br>CARMEN COMMERCIAL REAL<br>ESTATE SERVICES, INC.,<br>  Defendant. | )<br>)<br>)<br>)  Case No. 1:16-cv-01174-JRS-MPB<br>)<br>)<br>)<br>) |

### Verdict Form

1. Do you find that by a preponderance of the evidence that Richard N. Bell registered the Indianapolis Photo he took in 2000 with the Copyright Office?

   ___ Yes   __No   **Improperly assumes that Bell took the photo and that he registered it; Fails to require a finding that Bell owns the work**

   If No, skip to the end and sign and date this form; If Yes, proceed to question 2;

2. Do you find by a preponderance of the evidence that Carmen Commercial copied the Indianapolis Photo that was registered by Richard N. Bell with the Copyright Office?

   ___ Yes   __No   **Improperly implies that the registration covers the Indianapolis Photo / Bell owns copyright to the Indianapolis Photo**

   If No, skip to question 5; If Yes, proceed to question 3;
   **If No, remaining questions should still be answered.**

3. Do you find that Carmen Commercial's copying of the Indianapolis Photo was innocent?

   ___ Yes   __No

   If Yes, proceed to question 5, If No, proceed to question 4.

4. Do you find that Carmen Commercial's copying of the Indianapolis Photo was willful?

   ___ Yes   __No

5. Is Carmen Commercial a member of the National Association of Realtors?

   ___ Yes   __No   **Irrelevant. Issue is whether Carmen released Bell.**

   If No to #5, you must find in favor of Richard N. Bell.

4

6. Was any use by Carmen Commercial of the Indianapolis Photo a fair use?

   ___ Yes     ___ No

7. If you decide that Carmen Commercial copied the Indianapolis Photo you must decide the amount of statutory damages. The amount awarded to Richard N. Bell must be between $750 to $30,000 for each copyrighted work you found to be infringed.

If you find that Carmen Commercial's copying was willfully infringed (see #4) then you may but are not required to, increase the statutory damage award to a sum as high as $150,000 per copyrighted work.

If Carmen Commercial proves that it innocently infringed upon Richard N. Bell's copyright, then you may, but are not required to, reduce the statutory damage award to a sum as low as $200 per copyrighted work.

We the jury hereby award Richard N. Bell $_____ in statutory damages.

    Statutory damages are to be determined by court, not jury 17 USC 502(c),

Foreman – please sign and date:


_____
Foreman       Date


This questionnaire improperly omits questions regarding whether Carmen Commercial has a defenses of "license" or "release" that bars liability.

3