IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RICHARD N. BELL, | ) |
|     Plaintiff | ) |
| | ) |
| v. | )    Case No. 1:16-cv-01174-JRS-MPB |
| | ) |
| CARMEN COMMERCIAL REAL | ) |
| ESTATE SERVICES, INC., | ) |
|     Defendant. | ) |

**PLAINTIFF'S PROPOSED JURY VERDICT FORM**

Plaintiff Richard N. Bell, hereby submits his Proposed Jury Verdict Form.

        Respectfully submitted,

        By: s/Maura K. Kennedy
        Maura K. Kennedy, #31745-49
        The Law Office of Maura K. Kennedy, LLC
        P.O. Box 55587
        Indianapolis, IN 46205
        attorneymaurakennedy@gmail.com
        Attorney for Plaintiff Richard N. Bell

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RICHARD N. BELL,<br>  Plaintiff | )<br>)<br>) |
| v. | )  Case No. 1:16-cv-01174-JRS-MPB<br>) |
| CARMEN COMMERCIAL REAL<br>ESTATE SERVICES, INC.,<br>  Defendant. | )<br>)<br>) |

## Verdict Form

1. Do you find that by a preponderance of the evidence that Richard N. Bell registered the Indianapolis Photo he took in 2000 with the Copyright Office?

  ___ Yes  __No

  If No, skip to the end and sign and date this form; If Yes, proceed to question 2;

2. Do you find by a preponderance of the evidence that Carmen Commercial copied the Indianapolis Photo that was registered by Richard N. Bell with the Copyright Office?

  ___ Yes  __No

  If No, skip to question 5; If Yes, proceed to question 3;

3. Do you find that Carmen Commercial's copying of the Indianapolis Photo was innocent?

  ___ Yes  __No

  If Yes, proceed to question 5, If No, proceed to question 4.

4. Do you find that Carmen Commercial's copying of the Indianapolis Photo was willful?

  ___ Yes  __No

5. Is Carmen Commercial a member of the National Association of Realtors?

  ___ Yes  __No
  If No to #5, you must find in favor of Richard N. Bell.

6. Was any use by Carmen Commercial of the Indianapolis Photo a fair use?

     ___ Yes     __No

7. If you decide that Carmen Commercial copied the Indianapolis Photo you must decide the amount of statutory damages. The amount awarded to Richard N. Bell must be between $750 to $30,000 for each copyrighted work you found to be infringed.

If you find that Carmen Commercial's copying was willfully infringed (see #4) then you may but are not required to, increase the statutory damage award to a sum as high as $150,000 per copyrighted work.

If Carmen Commercial proves that it innocently infringed upon Richard N. Bell's copyright, then you may, but are not required to, reduce the statutory damage award to a sum as low as $200 per copyrighted work.

We the jury hereby award Richard N. Bell $_____ in statutory damages.


Foreman – please sign and date:


_____
Foreman         Date