IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDINAPOLIS DIVISION

| | |
|---|---|
| RICHARD N. BELL, | ) |
| Plaintiff | ) ) ) |
| v. | ) Case No. 1:16-cv-01174-JRS-MPB |
| | ) |
| CARMEN COMMERCIAL REAL ESTATE SERVICES, INC. | ) ) ) |
| Defendant. | ) |

### SUPPLEMENT TO PLAINTIFF'S MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

1. On January 6, 2021, this Court permitted the Plaintiff explain certain questions that the Court had with Plaintiff's Motion for Permission to Appeal in Forma Pauperis. The Plaintiff will supplement his motion by answering the Court's questions under oath.

2. Plaintiff understands as his affidavit had a significant error. Instead of reporting the "**Average monthly Amount**", the Plaintiff incorrectly reported the <u>total</u> self-employment and retirement income for the last twelve months.

3. The Plaintiff has corrected the error in the attached Corrected Affidavit-Exhibit A.

4. The Court states, Bell provides no explanation for the sudden lack of employment income during the next month.

5. Due to financial setbacks on October 27, 2020, Plaintiff filed for Chapter 7 Bankruptcy in the Southern District of Indiana Case Number 20-0558-JMC-7. During the last few years, Bell's self-employment income has come from settlement

of copyright infringement cases. All pending lawsuits, claims and judgments are now property of the Chapter 7 Bankruptcy Estate and will be used to pay creditors. Therefore, Bell has zero self-employment income and does not expect to receive any self-employment income.

6. The Court also asks if all of Bell's retirement income sources have been frozen. Bell has two retirement accounts: an IRA and a 401K. Both retirement accounts were frozen on August 31, 2020 by Marion County Superior Court, Cause No. 49D02-1903-PL-008733. (See Exhibit B). They remain frozen. The Plaintiff has filed a Motion in the Bankruptcy Court to unfreeze the retirement accounts, but no decision will likely occur soon.

7. Lastly, the Court questions the low balance of Bell's bank accounts. Today my bank account balance is $ 349.20. (Exhibit C)

8. I, Richard N. Bell, swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

Date: January 7, 2021            Respectfully submitted,

                                 */s/ Richard N. Bell*

                                 Richard N. Bell
                                 8076 Talliho Drive,
                                 Indianapolis, IN 46256
                                 (317) 690-2053
                                 richbell@comcast.net
                                 *Plaintiff-Appellant*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing SUPPLEMENT TO PLAINTIFF'S MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS with the Clerk of the Court by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Date: January 7, 2021            Respectfully submitted,

                                 */s/ Richard N. Bell*
                                 Richard N. Bell