## Rich Checking (...2624)

**$349.20**
Available balance

**On**
Debit card coverage

**$349.20**
Present balance

Uncollected funds     Total  $0.00

## Account activity

SHOWING    All transactions

| Date | Description | Type | Amount | Balance |
|---|---|---|---|---|
| Jan 6, 2021 | CITIZENS ENERGY PAYMENT PPD ID: 9000000471 | ACH debit | −$177.46 | $349.20 |
| Jan 5, 2021 | KROGER #965 9835 FALL INDIANAPOLIS IN320471 01/05 (...4557) | Card | −$8.38 | $526.66 |
| | EARTHLINK LLC 888-327-8454 TX 01/04 (...4557) | Card | −$67.39 | $535.04 |
| | KONA GRILL CARMEL IN 01/03 (...4557) | Card | $79.76 | $602.43 |
| Jan 4, 2021 | KROGER #965 INDIANAPOLIS IN 004882 01/04 (...4557) | Card | −$21.48 | $522.67 |
| | KOHLS 0106 8141 E 96T INDIANAPOLIS IN639273 01/04 (...4557) | Card | −$11.13 | $544.15 |
| | TEXAS ROADHOUSE #2106 FISHERS IN 01/03 (...4557) | Card | −$35.00 | $555.28 |
| | TEXAS ROADHOUSE #2106 FISHERS IN 01/03 (...4557) | Card | −$12.00 | $590.28 |
| | KROGER #965 INDIANAPOLIS IN 064318 01/01 (...4557) | Card | −$25.79 | $602.28 |
| | ADVANCED SLIMLIFESTYLE 855-7937633 CA 12/31 (...4557) | Card | −$5.45 | $628.07 |
| | BODYFUELBLAST 855-7937622 CA 12/31 (...4557) | Card | −$5.45 | $633.52 |
| | KONA GRILL CARMEL IN 12/31 (...4557) | Card | −$79.76 | $638.97 |
| Dec 31, 2020 | Online Transfer from CHK ...8073 transaction#: 10915857782 | Account transfer | $200.00 | $718.73 |
| Dec 30, 2020 | PAYPAL *ASDASDLA EBAY 402-935-7733 CA 12/29 (...4557) | Card | −$54.45 | $518.73 |
| Dec 29, 2020 | HOUSEKEEPING MAID EA WWW.HOUSEKEEP IN 12/28 (...4557) | Card | −$120.00 | $573.18 |

| Date | Description | Type | Amount | Balance |
|---|---|---|---|---|
|  | KROGER #965 INDIANAPOLIS IN 006165 12/29 (...4557) | Card | −$56.38 | $693.18 |
| Dec 28, 2020 | Amazon.com*DG7UC67C3 Amzn.com/bill WA 12/26 (...4557) | Card | −$50.00 | $749.56 |
|  | KROGER #965 INDIANAPOLIS IN 056800 12/26 (...4557) | Card | −$27.08 | $799.56 |
|  | LA HACIENDA #5 INDIANAPOLIS IN 12/24 (...4557) | Card | −$33.89 | $826.64 |
| Dec 24, 2020 | Audible*S51IX92X3 Amzn.com/bill NJ 12/23 (...4557) | Card | −$16.00 | $860.53 |
| Dec 22, 2020 | Farm Bureau INS.PREM PPD ID: 1350302190 | ACH debit | −$32.50 | $876.53 |
|  | KROGER #965 INDIANAPOLIS IN 058859 12/22 (...4557) | Card | −$22.38 | $909.03 |
|  | BIESECKER DUTKANYCH & M EVANSVILLE IN 12/21 (...4557) | Card | −$235.00 | $931.41 |
|  | Amazon.com*938SY0LJ3 Amzn.com/bill WA 12/21 (...4557) | Card | −$750.00 | $1,166.41 |
| Dec 21, 2020 | MID AMERICA LABS LAB TESTNG 4610766 WEB ID: 0000109692 | ACH debit | −$5.00 | $1,916.41 |
|  | MID AMERICA LABS LAB TESTNG 4610765 WEB ID: 0000109692 | ACH debit | −$5.00 | $1,921.41 |
|  | TMOBILE*AUTO PAY 800-937-8997 WA 12/19 (...4557) | Card | −$41.07 | $1,926.41 |
|  | KROGER #965 INDIANAPOLIS IN 040861 12/20 (...4557) | Card | −$23.02 | $1,967.48 |
|  | WM SUPERCENTER # FISHERS IN 018093 12/20 (...4557) | Card | −$3.19 | $1,990.50 |
|  | KROGER #965 9835 FALL INDIANAPOLIS IN127210 12/19 (...4557) | Card | −$7.68 | $1,993.69 |
|  | COMM HLTH NTWK EPIC P INDIANAPOLIS IN 12/18 (...4557) | Card | $130.00 | $2,001.37 |
| Dec 18, 2020 | Amazon.com*YT6YY81H3 Amzn.com/bill WA 12/18 (...4557) | Card | −$11.55 | $1,871.37 |