UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RICHARD N. BELL, | ) |
|           Plaintiff, | ) |
| v. | ) No. 1:16-cv-01174-JRS-MPB |
| CARMEN COMMERCIAL REAL ESTATE SERVICES, | ) |
|           Defendant. | ) |

**Order Granting Motions to Proceed on Appeal *In Forma Pauperis***

Plaintiff seeks leave to proceed on appeal without prepaying the appellate filing fee. An appeal may not be taken *in forma pauperis* if the trial court certifies that the appeal is not taken in good faith. 28 U.S.C. § 1915; *see Coppedge v. United States,* 369 U.S. 438 (1962). "Good faith" within the meaning of § 1915 must be judged by an objective, not a subjective, standard. *See id.* "[T]o sue in bad faith means merely to sue on the basis of a frivolous claim, which is to say a claim that no reasonable person could suppose to have any merit." *Lee v. Clinton,* 209 F.3d 1025, 1026 (7th Cir. 2000). The Court finds that Plaintiff's appeal is not based on a frivolous claim. Accordingly, his appeal is taken in good faith, and because Plaintiff has demonstrated to the Court's satisfaction that based on his financial circumstances, he is unable to pay the appellate filing fee or give security for the fee, his motion for leave to proceed on

appeal *in forma pauperis* (ECF No. 197) and his supplemental motion to proceed on appeal *in forma pauperis* (ECF No. 199) are **granted.**

    **SO ORDERED.**

Date: 1/11/2021

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Richard N. Bell
BELL LAW FIRM
richbell@comcast.net

Melanie Ann Eich
OVERHAUSER LAW OFFICES LLC
meich@overhauser.com

April M. Jay
OVERHAUSER LAW OFFICES LLC
ajay@overhauser.com

Maura K. Kennedy
THE LAW OFFICE OF MAURA K. KENNEDY, LLC
attorneymaurakennedy@gmail.com

Paul B. Overhauser
OVERHAUSER LAW OFFICES, LLC
poverhauser@overhauser.com

Ronald George Sentman
OVERHAUSER LAW OFFICES, LLC
rsentman@overhauser.com